# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHNETTA WIMBISH, | ) | Bankruptcy No. 17 B 37849 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## CERTIFICATE OF SERVICE

     The undersigned certifies that on October 31, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date:  October 31, 2018                             _/s/ Rachel A. Leibowitz_
                                                                            Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Johnetta Wimbish
8136 S Hermitage Ave
Chicago, IL 60620-4521

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

City of Chicago
Dept of Finance Utility Billing
PO Box 6330
Chicago IL 60680-6330

Chicago Housing Authority
60 E. Van Buren, 12th Floor
Chicago, IL 60605