UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 17-37849
 §
JOHNETTA WIMBISH § 
 §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $192,847.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $6,444.56 | Claims Discharged Without Payment: | $17,163.68 |
| Total Expenses of Administration: | $1,649.26 | | |

3) Total gross receipts of $8,259.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $165.18 (see **Exhibit 2**), yielded net receipts of $8,093.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $215,758.35 | $29,305.91 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,649.26 | $1,649.26 | $1,649.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,612.30 | $16,522.10 | $16,522.10 | $6,444.56 |
| **Total Disbursements** | $229,370.65 | $47,477.27 | $18,171.36 | $8,093.82 |

4). This case was originally filed under chapter 7 on 12/22/2017. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2019     By: /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Tax Refund | 1224-000 | $8,259.00 |
| **TOTAL GROSS RECEIPTS** | | $8,259.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JOHNETTA WIMBISH | Funds to Third Parties | 8500-002 | $165.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $165.18 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Chicago | 4110-000 | $510.09 | $561.78 | $0.00 | $0.00 |
| 2 | City of Chicago | 4110-000 | $0.00 | $913.16 | $0.00 | $0.00 |
| 3 | Ford Motor Credit Company LLC | 4110-000 | $38,400.49 | $27,830.97 | $0.00 | $0.00 |
| | US BANK | 4110-000 | $176,847.77 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $215,758.35 | $29,305.91 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,559.38 | $1,559.38 | $1,559.38 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.78 | $16.78 | $16.78 |
| Green Bank | 2600-000 | NA | $73.10 | $73.10 | $73.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,649.26 | $1,649.26 | $1,649.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | City of Chicago | 7100-000 | $0.00 | $561.78 | $561.78 | $219.13 |
| 2-1 | City of Chicago | 7100-000 | $0.00 | $913.16 | $913.16 | $356.18 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $6,526.16 | $6,563.16 | $6,563.16 | $2,560.01 |
| 5 | Chicago Housing Authority | 7100-000 | $0.00 | $8,484.00 | $8,484.00 | $3,309.24 |
|  | ADVOCATE MEDICAL GROUP C/O ICS | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
|  | AT&T | 7100-000 | $257.00 | $0.00 | $0.00 | $0.00 |
|  | AT&T C/O BANKRUPTCY | 7100-000 | $649.54 | $0.00 | $0.00 | $0.00 |
|  | CHASE BANK | 7100-000 | $698.55 | $0.00 | $0.00 | $0.00 |
|  | COMCAST | 7100-000 | $1,178.25 | $0.00 | $0.00 | $0.00 |
|  | DIRECT TV/AT&T | 7100-000 | $696.52 | $0.00 | $0.00 | $0.00 |
|  | KAPLAN UNIVERSITY | 7100-000 | $2,709.00 | $0.00 | $0.00 | $0.00 |
|  | MIDLAND ORTHOPEDIC ASSOCIATES INC | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
|  | PEOPLES ENERGY | 7100-000 | $322.28 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,612.30 | $16,522.10 | $16,522.10 | $6,444.56 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 17-37849 | | Trustee Name: | David Leibowitz |
| Case Name: | WIMBISH, JOHNETTA | | Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| For the Period Ending: | 1/12/2019 | | §341(a) Meeting Date: | 02/02/2018 |
| | | | Claims Bar Date: | 05/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  8136 Hermitage Ave., Chicago, IL 60620 | $178,847.00 | $0.00 | | $0.00 | FA |
| 2  Ford Edge | $14,000.00 | $0.00 | | $0.00 | FA |
| 3  Bedroom set, living room set, dining table and chairs | $0.00 | $0.00 | | $0.00 | FA |
| 4  Three televisions | $0.00 | $0.00 | | $0.00 | FA |
| 5  Work uniforms, pants, shirts, shoes | $0.00 | $0.00 | | $0.00 | FA |
| 6  Costume jewelry and accessories | $0.00 | $0.00 | | $0.00 | FA |
| 7  Pending PI Case: 2017-L-003925 (u) Filing Date: 04/19/2017 Case Type: PERSONAL INJURY(MOTOR VEHICLE) Division: Law Division Ad Damnum: $50000.00 Atty: MORICI FIGLIOLI & ASSOC | $0.00 | $50,000.00 | | $0.00 | FA |
| **Asset Notes:** Tomas Cabrera is handling case. Transferred from Law Division to Municipal Division. $9000 in medical treatment - no more special damages. $30,000 at best - Likely to settle at $20,000 - case has no value for creditors | | | | | |
| 8  2017 Federal Tax Refund (u) | $0.00 | $8,093.82 | | $8,259.00 | FA |
| **Asset Notes:** Total Amount = $8,259.00  Estate portion = $8,093.82  Debtor's Pro-Rated Portion = $165.18 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                           **Gross Value of Remaining Assets**

$192,847.00     $58,093.82           $8,259.00     $0.00

**Major Activities affecting case closing:**

06/30/2018   2018 Reporting Period:

The Trustee intercepted Debtor's 2017 federal income tax refund, of which the Estate portion is $8,093.82.

The government claims bar date is June 20, 2018. Three claims require either amendments or objections. The City of Chicago has amended their claims, however Ford Motor Company Credit will not do so, although the Trustee is not administering the asset. Once claims objections are resolved, the case will be ready for TFR.

Case 17-37849  Doc 42  Filed 02/27/19  Entered 02/27/19 15:47:06  Desc Main
Document      Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2         Exhibit 8

| Case No.: | 17-37849 | | | Trustee Name: | David Leibowitz |
| Case Name: | WIMBISH, JOHNETTA | | | Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| For the Period Ending: | 1/12/2019 | | | §341(a) Meeting Date: | 02/02/2018 |
| | | | | Claims Bar Date: | 05/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   09/30/2018        **Current Projected Date Of Final Report (TFR):**         /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-37849 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WIMBISH, JOHNETTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7362 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2018 | | United States Treasury (IRS) | 2017 Federal Income Tax Refund | * | $8,259.00 | | $8,259.00 |
| | {8} | | Estate Portion - 2017 Tax Refund $8,093.82 | 1224-000 | | | $8,259.00 |
| | {8} | | Debtor's Pro-Rated Portion - 2017 Tax Refund $165.18 | 1280-002 | | | $8,259.00 |
| 03/16/2018 | 3001 | JOHNETTA WIMBISH | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $165.18 | $8,093.82 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.10 | $8,085.72 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.20 | $8,073.52 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.02 | $8,060.50 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.00 | $8,047.50 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.56 | $8,034.94 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $14.22 | $8,020.72 |
| 11/28/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.78 | $8,003.94 |
| 11/28/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,559.38 | $6,444.56 |
| 11/28/2018 | 3004 | City of Chicago | Claim #: 1; Amount Claimed: $561.78; Distribution Dividend: 39.01%; | 7100-000 | | $219.13 | $6,225.43 |
| 11/28/2018 | 3005 | City of Chicago | Claim #: 2; Amount Claimed: $913.16; Distribution Dividend: 39.01%; | 7100-000 | | $356.18 | $5,869.25 |
| 11/28/2018 | 3006 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $6,563.16; Distribution Dividend: 39.01%; | 7100-900 | | $2,560.01 | $3,309.24 |
| 11/28/2018 | 3007 | CHA Manager/HCV Accounting c/o D.Panchal | Claim #: 5; Amount Claimed: $8,484.00; Distribution Dividend: 39.01%; | 7100-000 | | $3,309.24 | $0.00 |

**SUBTOTALS** $8,259.00 $8,259.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit 9

| **Case No.** | 17-37849 | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | WIMBISH, JOHNETTA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7362 | | **Checking Acct #:** | ******4901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 12/22/2017 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/12/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $8,259.00 | $8,259.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,259.00 | $8,259.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,259.00 | $8,259.00 | |

**For the period of 12/22/2017 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $8,093.82 |
| Total Non-Compensable Receipts: | $165.18 |
| Total Comp/Non Comp Receipts: | $8,259.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,093.82 |
| Total Non-Compensable Disbursements: | $165.18 |
| Total Comp/Non Comp Disbursements: | $8,259.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/14/2018 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $8,093.82 |
| Total Non-Compensable Receipts: | $165.18 |
| Total Comp/Non Comp Receipts: | $8,259.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,093.82 |
| Total Non-Compensable Disbursements: | $165.18 |
| Total Comp/Non Comp Disbursements: | $8,259.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-37849 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WIMBISH, JOHNETTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7362 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,259.00 | $8,259.00 | $0.00 |

**For the period of 12/22/2017 to 1/12/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $8,093.82 |
| Total Non-Compensable Receipts: | $165.18 |
| Total Comp/Non Comp Receipts: | $8,259.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,093.82 |
| Total Non-Compensable Disbursements: | $165.18 |
| Total Comp/Non Comp Disbursements: | $8,259.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/22/2017 to 1/12/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $8,093.82 |
| Total Non-Compensable Receipts: | $165.18 |
| Total Comp/Non Comp Receipts: | $8,259.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,093.82 |
| Total Non-Compensable Disbursements: | $165.18 |
| Total Comp/Non Comp Disbursements: | $8,259.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ